JUDGE SCHEINDLIN  07 CV 6980

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| American Genius & Co., Inc.,<br>**Plaintiff**<br><br>-v-<br><br>Worldwide Dreams LLC and Norman Abramson<br>**Defendants** | Case No.<br><br>ECF CASE<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff American Genius & Co., Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No such entities exist.

Date: <u>August 2, 2007</u>

Signature of Attorney
Michael R. Gilman
**Attorney Bar Code:** MG 7608

Form Rule7_1.pdf