UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | | |
|---|---|---|
| AMERICAN GENIUS & CO., Inc. | : | |
| | : | Civil Action No. 1:07-cv-6980(SAS) |
| Plaintiff, | : | ECF CASE |
| | : | |
| v. | : | **RULE 7.1 STATEMENT** |
| | : | |
| WORLDWIDE DREAMS LLC and | : | |
| NORMAN ABRAMSON, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------------ x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Worldwide Dreams LLC ("WWD") and Norman Abramson (non-governmental parties) certifies that WWD has no parent corporation and there is no publicly held corporation that owns 10 percent or more of its stock.

Dated: October 8, 2007
    New York, New York

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP

By: _____
    Jonathan J. Faust (JF2037)
    Michael Sarney (MS3755)
575 Madison Avenue
New York, NY 10022
(212) 940-8800
Attorneys for Worldwide Dreams, LLC and
Norman Abramson