UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AMERICAN GENIUS & CO., INC.         :
                                    :
            Plaintiff,              :       <u>ORDER</u>
                                    :
       -against-                    :       07 Civ. 6980 (SAS)(MHD)
                                    :
WORLDWIDE DREAMS LLC <u>et al.</u>         :
                                    :
            Defendants.             :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


It is hereby


     ORDERED that a telephone conference has been scheduled in the above-captioned action on **TUESDAY, DECEMBER 4, 2007 at 10:00 A.M.** Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

     Plaintiff's counsel is to make the necessary arrangements for the conference call.

Dated: New York, New York
       October 23, 2007

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Michael Robert Gilman
Kaplan Gilman Gibson & Dernier
900 U.S. Highway 9 North
Woodbridge, NJ 07095

Jonathan Jay Faust
Katten Muchin Rosenman, LLP (NYC)
575 Madison Avenue
New York, NY 10022