```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
AMERICAN GENIUS & CO., INC.         :

            Plaintiff,              :           ORDER

        -against-                   :   07 Civ. 6980 (SAS)(MHD)

                                    :
WORLDWIDE DREAMS LLC et al.
                                    :
            Defendants.
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **THURSDAY, FEBRUARY 28, 2008, at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       December 4, 2007

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Michael Robert Gilman
Kaplan Gilman Gibson & Dernier
900 U.S. Highway 9 North
Woodbridge, NJ 07095

Jonathan Jay Faust
Katten Muchin Rosenman, LLP (NYC)
575 Madison Avenue
New York, NY 10022