UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

AMERICAN GENIUS & CO., INC.,

                Plaintiff,

v.

WORLDWIDE DREAMS LLC and
NORMAN ABRAMSON,

                Defendants.
-----------------------------------------------------------X

Civil Action No. 1:07-cv-6980 (SAS)

ECF CASE

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE

        The parties hereby stipulate that the above-captioned action shall be dismissed without prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and that each party shall bear its own attorneys' fees and costs.

KAPLAN GILMAN
GIBSON & DERNIER LLP

KATTEN MUCHIN ROSENMAN LLP

By: _____
Michael R. Gilman (MG7608)

900 Route 9 North, Suite 504
Woodbridge, N.J. 07095
Tel: (732) 634-7634

Attorneys for Plaintiff

By: _____
Michael F. Sarney (MS3755)
Jonathan J. Faust (JF2037)
575 Madison Avenue
New York, N.Y. 10022
Tel: (212) 940-8800

Attorneys for Defendants

SO ORDERED this 17 day of December, 2007.

SHIRA A. SCHEINDLIN, U.S.D.J.